**FILED**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**SEP 2 4 2013**

CLIFFORD J. PROUD
U.S. MAGISTRATE JUDGE
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF | ) |
| | ) Case No. 13-M-6051-CJP |
| A WHITE-SIDED SHED, LOCATED ON | ) |
| THE NORTHWEST CORNER OF THE | ) |
| PROPERTY LOCATED AT 1309 GATY | ) **FILED UNDER SEAL** |
| AVENUE, EAST ST. LOUIS, | ) |
| ILLINOIS. | ) |
| | ) |

### AFFIDAVIT IN SUPPORT OF
### AN APPLICATION FOR SEARCH WARRANT

I, Daniel D. Cook, being duly sworn depose and say:

I am a Special Agent with the Federal Bureau of Investigation, and have reason to believe that on

the premises described as:

> A white-sided shed, located on the Northwest corner of the
> property located at 1309 Gaty Avenue, East St. Louis,
> Illinois. The shed has white siding, a large blue tarp covering
> the large opening to the shed which faces Gaty Avenue and a
> door facing 13th Street.

currently located in the Southern District of Illinois there is now concealed a certain person or

property, namely:

### SEE ATTACHED LIST, ENTITLED "ATTACHMENT A"

Which constitutes evidence of the commission of a criminal offense or which is contraband, the

fruits of a crime, or things otherwise criminally possessed, or which is designed or intended for

use which is or has been used as the means of committing and offense in Violation of Title 18,

United States Code, Sections 1591 and 924(c)(A)(ii).

1

## AFFIDAVIT

Your affiant, Daniel D. Cook, after being duly sworn, does hereby state that he is a Special Agent (SA) with the Federal Bureau of Investigation (FBI) and has been so employed for three and a half years, and as such is vested with the authority to investigate violations of Federal laws, including Titles 18 and 21 of the United States Code. Your affiant also has six years prior Federal law enforcement experience as a United States Postal Inspector and six years prior state law enforcement experience as a municipal Police Officer for the City of Lincoln, Nebraska. Your affiant is currently assigned to the Springfield Division of the FBI, Fairview Heights, Illinois Resident Agency and has primary investigative responsibilities for violent and drug crimes occurring in the Southern District of Illinois.

The statements contained in this affidavit are based on the investigation of your affiant, as well as information derived from reports and interviews of the law enforcement officers and witnesses named herein. In support of this application for search warrant, your affiant states as follows:

1) On April 25, 2013, the owner of East St. Louis Jewelry and Pawn located at 208 Collinsville Avenue, East St. Louis, Illinois was robbed by a black male who was carrying a short barreled silver revolver.

2) During the robbery, the offender shot the owner, identified as Larry Osborne, in the chest and head with the silver revolver.

3) The entire robbery was captured by the business surveillance video which shows a black male approaching the counter of the business and pointing a silver revolver with a short barrel at the owner while he was standing behind

2

the counter. The video surveillance then shows the owner struggling with the black male and falling onto the counter with his head down on the counter. The black male then climbs on to the top of the counter and shoots the owner at the base of his skull.

4) The video shows the black male then climb over the counter, go out of sight for a short period of time and then come back into the view of the camera holding a white bag and running out the front door of the business.

5) Several items were taken by the black male during the robbery including jewelry and the victim's firearm.

6) Projectiles recovered from the scene by Illinois State Police Crime Scene Services were determined to be .38/.357 caliber.

7) On July 12, 2013, Arena Liquor located at 105 South Belt East, Belleville, Illinois was robbed by two black males. One man was armed with a black semi-automatic handgun and the other man, later determined to be Roderick Taylor, was armed with a silver revolver. Approximately $15,000 was taken from the business. The entire robbery was captured on video surveillance which shows the two men entering the business, each armed with a gun, and removing cash from the registers. The guns shown on the video surveillance are a black semi-automatic handgun and a silver revolver with a short barrel.

8) The two men fled from Arena Liquor toward South Jackson Street where they were seen by a witness getting into a Gold Pontiac Grand Am. The

3

witness was able to report the license plate of the suspect vehicle.

9) The vehicle was determined to be registered to Charmonequette Reynolds. Reynolds was located and arrested later that same day. During a recorded interview with law enforcement, after having been given her Miranda warnings, Reynolds admitted that she was involved in the armed robbery of Arena Liquor. She stated that the two armed men who entered Arena Liquor were Roderick Taylor and her uncle, Timothy Collier. She identified each man in the video surveillance.

10) Roderick Taylor was located and arrested a couple hours later. During a recorded interview with law enforcement, after having been given his Miranda warnings, Taylor admitted that he and a man he identified as Timothy Collier entered Arena Liquor, both armed with a gun. Taylor described the gun he used as a silver handgun that he received from Timothy Collier and gave back to Collier after the robbery.

11) On August 27, 2013, Illinois State Police Special Agent Ben Koch interviewed Reynolds in the St. Clair County Jail with regard to any information she may have regarding the robbery of East St. Louis Jewelry and Pawn. During the recorded interview, Reynolds identified the man in the video surveillance from East St. Louis Jewelry and Pawn as her uncle, Timothy Collier. She stated that Collier told her that he robbed the pawn shop and that he shot the owner during the robbery. She further stated that she has seen Timothy Collier with a short-barreled silver revolver at the

4

|     |     |
| --- | --- |
|     | residence of Mashonda Burgess sometime after the robbery of East St. Louis Jewelry and Pawn. |
| 12) | On August 29, 2013, Special Agent Ben Koch interviewed Roderick Taylor in the St. Clair County Jail with regard to any information he had regarding the robbery of East St. Louis Jewelry and Pawn. During the recorded interview, Taylor identified the man in the video surveillance from East St. Louis Jewelry and Pawn as Timothy Collier. He stated that Collier told him that he committed the robbery at the pawn shop and shot the owner. He told Agent Koch, consistent with his previous statement, that Collier provided both guns used in the Arena Liquor robbery and that he (Taylor) used a silver revolver. He again reported that he gave the silver revolver back to Collier after the robbery of Arena Liquor. |
| 13) | On September 24, 2013, Special Agent Ben Koch and I interviewed Mashonda Burgess at the Illinois State Police Headquarters in Collinsville, Illinois. During the recorded interview, Burgess stated that she has been in a relationship with Timothy Collier since May 2013 and is currently pregnant with his child. She stated that during this time she observed Collier give an unknown black male a small silver revolver at the Centreville Housing Project located in Centreville, Illinois. Burgess stated she was familiar with firearms, and the firearm was a .38 caliber revolver. Burgess reported that on the day of the robbery of Arena Liquor, Collier purchased a black Monte Carlo. She reported that a couple days after he |

5

purchased the Monte Carlo she found a silver short-barreled revolver in the trunk of the vehicle. She took it to her residence and confronted Collier about the gun. Collier denied it was his, but took the gun and left the residence. Burgess again described the firearm as a .38 caliber silver revolver.

14) Burgess further stated that sometime after late July, during a conversation with a woman she identified as Renae LNU a/k/a "Re-Re," she asked "Re-Re" about the whereabouts of the silver revolver. "Re-Re" is the girlfriend of an individual named William Douglas, who according to Burgess is a close associate of Timothy Collier. Burgess reported that "Re-Re" told her that the silver revolver in the shed at "the boarding house," which is a property located at 1309 Gaty Avenue in East St. Louis, Illinois. Burgess said that shortly thereafter she and "Re-Re" went to the shed located at 1309 Gaty Avenue, and entered the shed. Burgess reached into a hole in the wall of the shed and pulled out a brown paper bag and observed five bullets. She then reached into the hole again and felt what she believed was a handgun wrapped in a towel or some other piece of material. According to Burgess, "Re-Re" stated that there are other items located in the shed including a shotgun, controlled substances and possibly stolen items.

15) **REQUEST FOR SEALING:** I further respectfully request that this Court issue an order sealing, until further order of the Court, all papers submitted in support of this application, including the application and search warrant. I

6

believe that sealing these documents is necessary because they pertain to an ongoing investigation. Based upon my training and experience, I have learned that online criminals actively search for criminal affidavits and search warrants via the internet, and disseminate them to other online criminals as they deem appropriate, e.g., by posting them publicly online through various forums. Premature disclosure of the contents of this affidavit and related documents may have a significant and negative impact on the continuing investigation and may severely jeopardize its effectiveness, as well as the safety of the officers who execute the warrant.

16) **Request to Execute anytime day or night.** Your affiant requests authority to execute the search warrant anytime day or night for the following reasons. The information regarding the location of the firearm described became known to your affiant at approximately 5:00 p.m. on today's date. The information was provided by Collier's girlfriend, Mashonda Burgess. This affiant has reason to believe that Burgess has a continued loyalty to Collier and may attempt to remove items from the location described or solicit others to do so prior to the execution of the search warrant if such is not executed as soon as possible.

FURTHER AFFIANT SAYTH NAUGHT

                                                         Daniel D. Cook
                                                         Special Agent, Federal Bureau of Investigation

State of Illinois )
               ) SS.
County of St. Clair )

    Sworn to before me, and subscribed in my presence on the 24th day of SEPT, 2013, at East St. Louis, Illinois. *

                                      CLIFFORD J. PROUD
                                      United States Magistrate Judge

STEPHEN R. WIGGINTON
United States Attorney

ALI SUMMERS
Assistant United States Attorney

*PURSUANT TO FED. R. CRIM P.4.1, THE CONTENTS OF THIS APPLICATION AND AFFIDAVIT WERE SUBMITTED BY RELIABLE ELECTRONIC MEANS AND SWORN TO UNDER OATH BY TELEPHONE ON 9/24/2013.

## ATTACHMENT A

1) Any and all firearms and ammunition;

2) Any jewelry or other items that may have been stolen during a robbery

3) Any United States Currency;

4) Any controlled substances or paraphernalia.

5) Any items which constitute evidence of the commission of, or which were designed or intended as a means of committing, violations of Title 18, United States Code, Sections 1951 and 924(c).